RICHARD ANDREWS & COMPANY, INC., v. BUSH TERMINAL BUILDINGS COMPANY.— Motion to dismiss appeal granted, with .ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

REUBEN BENNETT v. WILLIAM REICHENTHALER, as Administrator, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

COHEN BROTHERS MANUFACTURING COMPANY, INC., v. NATHAN HALPERIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

VINCENZO AJELLO v. WILLIAM J. O'DONNELL and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

COMMISSIONER OF PUBLIC CHARITIES, etc., v. JAMES ROCK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and. Greenbaum, JJ.

COMMISSIONER OF PUBLIC CHARITIES, etc., v. GEORGE DICKENSCHEID.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE HOCKING VALLEY RAILWAY COMPANY v. JULIA A. BARBOUR and Others, as Executors, etc.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LEO FINKENBERG v. BELL G. LEVINSON and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith, and Greenbaum, JJ.

METROPOLITAN LIFE INSURANCE COMPANY v. 59TH STREET REAL ESTATE COMPANY, Impleaded, etc.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK v. ADA L. HEINZE and Others.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY v. PUBLIC SERVICE COMMISSION, FIRST DISTRICT, and Others.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of HERMAN BERKOVITZ and Others.v. ARBIB & HOULBERG, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

PAULINA SCHOENHOLZ v. NEW YORK LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.